UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELAINE J. REYNOSA (THATCH), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01673-JRS-CSW |
| | ) | |
| MSD OF DECATUR TOWNSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON PLAINTIFF'S MOTION TO APPOINT COUNSEL

Now before the Court is Plaintiff's *Motion for Court Appointed Attorney* (Dkt. 32). For the reasons stated below, Plaintiff's *Motion*, Dkt. 31, is **DENIED.**

"Litigants in federal civil cases do not have a constitutional or statutory right to court-appointed counsel." *Walker v. Price*, 900 F.3d 933, 938 (7th Cir. 2018). Litigants who are unable to afford counsel "may ask the court to recruit a volunteer attorney to provide pro bono representation." *Id*. (citing 28 U.S.C. § 1915(e)(1)). However, the Court has discretion in recruiting counsel and must evaluate, as a threshold matter, whether the litigant has "'made a reasonable attempt to obtain counsel or been effectively precluded from doing so.'" *Id*. (quoting *Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007) (en banc)).

As such, this Court requires *pro se* litigants to provide the information of all attorneys and/or law firms that a litigant has contacted to represent them in the case and their responses to those requests. Plaintiff's *Motion* does not provide any information regarding Plaintiff's attempts to contact attorneys to represent her in this case. (Dkt. 32). Instead, Plaintiff's *Motion* states that she is "requesting a court appointed attorney, because of my financial status at this time, and that I am not able to interpret the federal law, thank you." *Id*.

Because Plaintiff has failed to provide the required information regarding Plaintiff's attempts to contact attorneys to represent her and their responses, the *Motion* is not properly supported, and the Court will not recruit counsel.

Therefore, Plaintiff's *Motion for Court Appointed Attorney* (Dkt. 32) is **DENIED** without prejudice.

**SO ORDERED.**

Date: October 15, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

ELAINE J. REYNOSA (THATCH)
3537 Apple St.
Indianapolis, IN 46203

Michelle Lynn Cooper
LEWIS & KAPPES PC
mcooper@lewis-kappes.com

Matthew S. Tarkington
LEWIS & KAPPES PC
mtarkington@lewis-kappes.com