UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELAINE J. REYNOSA (THATCH), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01673-JRS-CSW |
| | ) | |
| MSD OF DECATUR TOWNSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S MOTION TO OBJECT**

Now before the Court is self-represented Plaintiff Elaine J. Reynosa's *Motion to Object Transfer [sic] of Attorney*.  (Dkt. 52).  Plaintiff objects to attorney Grace M. Lundy's appearance on behalf of Defendant (Dkt. 51) and asks the Court to "please not allow this law firm to change attorneys." (Dkt. 52).  In support of her request, Plaintiff states that "this would be an additional delay for this case." (*Id.*).

The Court directs Plaintiff to review the docket sheet in this case.  The attorneys for Defendant are Matthew S. Tarkington, Grace Mary Lundy, and Michelle Lynn Cooper of the law firm Lewis & Kappes P.C.  Attorney Lundy's appearance did not replace attorney Tarkington's appearance.  Attorney Lundy is acting as co-counsel with attorneys Tarkington and Cooper on behalf of Defendant. Accordingly, Plaintiff fails to show how the addition of attorney Lundy as co-counsel will delay this case.  Therefore, Plaintiff's *Motion* is **DENIED**.

The Clerk is **DIRECTED** to send Plaintiff a copy of the public docket sheet with a copy of this Order.

**SO ORDERED.**

**Date:** May 28, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

ELAINE J. REYNOSA (THATCH)
3537 Apple St.
Indianapolis, IN 46203
PRO SE

Distributed electronically via ECF to counsel of record.